MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-6748
    Email: victoria.carradero@usdoj.gov

Attorneys for Federal Defendants

ROBERT DOURANDISH
Plaintiff, Pro Se
    P.O Box 1476
    San Mateo, CA 94401
    Phone: 209-487-5648
    Email: dourbob3@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT DOURANDISH,<br><br>   Plaintiff,<br><br>   v.<br><br>PATRICK FITZGERALD, ET AL.<br><br>   Defendants. | Case No. C 13-5984 JST<br><br>**E-FILING CASE**<br><br>**[PROPOSED] ORDER AND STIPULATION ON CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF TIME ON BRIEFING SCHEDULE** |

[PROPOSED] ORDER AND STIPULATION
C 13-5984 JST

1  Federal Defendants Patrick Fitzgerald, Director of the Defense Contract Audit Agency and
2  Chuck Hagel, Secretary of the Department of Defense ("Federal Defendants"), and Plaintiff Robert
3  Dourandish ("Plaintiff") hereby stipulate as follows:
4  A Case Management Conference ("CMC") is currently scheduled for April 16, 2014, with CMC
5  statements due April 2, 2014.
6  The Federal Defendants filed a motion to dismiss the Complaint on March 28, 2014.  Dkt Nos.
7  15-21.
8  The parties agree that to conserve the resources of the parties and the Court, it makes sense to
9  continue the CMC and related CMC statement due date until after the Court rules on the pending motion
10 to dismiss.  That ruling will impact the parameters of the case and thus, the contents of the CMC
11 statement and matters to be discussed at the CMC.
12 Plaintiff also requests an extension of time to prepare an Opposition to the motion, to which
13 Defendants generally agree.  However, the date that Plaintiff requests is at a time that Defendant's
14 counsel is out on leave and the matter will need to be reassigned to another AUSA.  Accordingly, the
15 parties request an extension of time on the briefing schedule as follows:
16 April 30, 2014 – last day for Plaintiff to file an Opposition to the motion to dismiss.
17 May 30, 2014 – last day for Federal Defendants to file a Reply.
18 June 19, 2014 at 2:00 p.m:  hearing on the pending motion to dismiss.
19 **SO STIPULATED**
20 DATED: April 2, 2014                              Respectfully submitted,
21                                                  MELINDA HAAG
22                                                  United States Attorney

23                                                  */s/ Victoria R. Carradero*
                                                    VICTORIA R. CARRADERO
24                                                  Assistant United States Attorney
                                                    Attorneys for Federal Defendants
25
26 DATED: April 2, 2014                              PLAINTIFF
27
                                                    */s/ Electronic Signature permitted*
28                                                  ROBERT DOURANDISH, PRO SE

C 13-5984 JST                     1

\*I, Victoria R. Carradero, attest that I have obtained concurrence in the filing of this document from Plaintiff.

                                /s/
                        Victoria R. Carradero

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The April 2, 2014 due date to file CMC statements and the April 16, 2014 CMC are hereby taken off calendar and are continued to a date to be determined after the Court rules on the pending motion to dismiss. The briefing schedule on the pending motion to dismiss is changed as follows:

April 30, 2014 – last day for Plaintiff to file an Opposition to the motion to dismiss.

May 30, 2014 – last day for Federal Defendants to file a Reply.

June 19, 2014 at 2:00 p.m: hearing on the pending motion to dismiss.

Dated: April 2, 2014

_____
The Honorable Jon S. Tigar
United States District Court Judge

C 13-5984 JST                         2