Robert Dourandish, pro se
P.O. Box 1476
San Mateo, CA 94401
209-487-5648
doubob3@gmail.com

RECEIVED
2014 JUL 31  P 4: 16

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT DOURANDISH,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICK FITZGERALD, Director of the Defense Contract Audit Agency; CHUCK HAGEL, Director of the Department of Defense,<br><br>Defendants | Case No: C 13-5984 VC<br><br>[~~PROPOSED~~] ORDER AND STIPULATION OF EXTENSION OF TIME FOR PLAINTIFF'S RESPONSE AND DEFENDANT'S REPLY TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT |

1  Plaintiff Robert Dourandish ("Plaintiff") requests an extension of time to prepare his Response to the Motion to Dismiss Plaintiff's Amended Complaint, filed by Federal Defendants
2  Patrick Fitzgerald, Director of the Defense Contract Audit Agency and Chuck Hagel, Secretary of the Department of Defense ("Federal Defendants"). The Pro Se Plaintiff request this extension to
3  enable him research issues raised by the Federal Defendants in the Motion to Dismiss Plaintiff's Amended Complaint.

4  The Federal Defendants have agreed to the extension.

5  Accordingly, the parties request an extension of time as follows:

6  August 27, 2014 – last day for the Plaintiff to file an Opposition to the Motion to Dismiss.

7  September 4, 2014 – last day for Federal Defendants to file a Reply.

8  September 18, 2014 10:00 a.m. – Hearing on the Motion to Dismiss, to be held in
9  Courtroom 4, 17th Floor.

10
**SO STIPULATED.**
11

12
13  Dated July 31, 2014                                 Respectfully Submitted

14
15                                                     *[signature]*

16                                                     Robert Dourandish
                                                       Pro Se Plaintiff
17

18
19  Dated July 31, 2014                                 Attorney for Federal Defendants

20                                                     /s/ Michelle Lo

21                                                     Assistant United States Attorney
                                                       Northern District of California
22
23
24
25
26
27  [PROPOSED] ORDER AND STIPULATION
28  C 13-5984 VC

1  *I, Robert Dourandish, attest that I have obtained concurrence in the filing of this document from Ms. Michelle Lo, attorney for the Federal Defendants.

Robert Dourandish

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The briefing schedule on the pending Motion to Dismiss is changed as follows:

    August 27, 2014 – last day for the Plaintiff to file an Opposition to the Motion to Dismiss.

    September 4, 2014 – last day for Federal Defendants to file a Reply.

    September 18, 2014 10:00 a.m. – Hearing on the Motion to Dismiss, to be held in Courtroom 4, 17th Floor.

Dated: August 4, 2014

The Honorable Vince Chhabria,
United States District Court Judge

[PROPOSED] ORDER AND STIPULATION
C 13-5984 VC