UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DOURANDISH, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK FITZGERALD, et al., <br><br> Defendant. | 13-cv-05984-VC <br><br> **JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: September 19, 2014

_____
VINCE CHHABRIA
United States District Judge